812

No. 874. INSURANCE COMPANY OF NORTH AMERICA *v.* LEO, DOING BUSINESS AS OVERSEAS ASSOCIATED CORP. C. A. 2d Cir. Certiorari denied. *Martin P. Detels* and *Vincent L. Leibell, Jr.* for petitioner. *Francis A. Brick, Jr.* for respondent.

No. 877. DOWELL, INC., ET AL. *v.* TYLER ET AL., DOING BUSINESS AS KING DRILLING CO., ET AL. C. A. 10th Cir. Certiorari denied. *Royal H. Brin, Jr.* for petitioners. *William A. Sloan* for respondents.

No. 880. LEV ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Charles Spar* and *Murray E. Gottesman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 888. BINION *v.* O'BRIEN, U. S. MARSHAL. C. A. 3d Cir. Certiorari denied. *Jacob Kossman* and *Leon H. Kline* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Ryan, Harold H. Greene* and *David Rubin* for respondent.

No. 890. BOWERS MANUFACTURING CO., INC., *v.* ALL-STEEL EQUIPMENT INC. C. A. 9th Cir. Certiorari denied. *Herbert A. Huebner* for petitioner. *Thomas F. McWilliams* for respondent.

No. 893. MANHATTAN FRUIT EXPORT CORP. *v.* ROYAL NETHERLANDS STEAMSHIP Co. C. A. 2d Cir. Certiorari denied. *Thomas Turner Cooke* for petitioner. *Norman M. Barron* for respondent.